McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA M. MONTANO
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134
E-Mail: donna.m.montano@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MADALINE QUINTOA-MCGEE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. 1:07-cv-0473 LJO TAG<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's confidential letter be extended from January 7, 2008 to February 6, 2008.  The extension is necessary, because this case was just re-assigned to the undersigned Special Assistant United States Attorney one week ago, after the time for responding to the Confidential letter had already expired.  This is Defendant's first request for an extension of time to respond to Plaintiff's confidential letter.  Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated: January 28, 2008 | /s/ Sengthiene Bosavanh<br>(As authorized email)<br>SENGTHIENE BOSAVANH<br>Attorney for Plaintiff |
| 4 | Dated: January 28, 2008 | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | | /s/ Donna M. Montano<br>DONNA M. MONTANO<br>Special Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:  **January 29, 2008**              **/s/ Theresa A. Goldner**
                                    UNITED STATES MAGISTRATE JUDGE