```
 1
 2
 3
 4
 5
 6  Sengthiene Bosavanh, Esq. #249801
    Law Offices of Jeffrey Milam
    P.O. Box 26360
 7  Fresno, California 93729
    (559) 264-2800
 8
    Attorney for Plaintiff
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| Madeline Quintoa-McGee ) | |
|---|---|
| ) | 1:07-CV-473 LJO TAG |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| vs. ) | |
| Commissioner of Social ) Security, ) | |
| Defendant. ) | |

     IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on March 19, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

     Dated: April 22, 2008          /s/ Sengthiene Bosavanh

                                          SENGTHIENE BOSAVANH, ESQ.
                                          Attorney for Plaintiff

Dated: April 22, 2008

MCGREGOR SCOTT
United States Attorney

By: /s/ Donna Montano
(as authorized via facsimile)
DONNA MONTANO
Assistant Regional Counsel

IT IS SO ORDERED.

**Dated:   April 23, 2008**                              **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE